Date: December 4th, 2015

Luciano Vargas Padilla
TDCJ#1892209
String fellow Unit
1200 FM 655
Rosharon, Texas
                77583

Clerk
Court of Criminal Appeals of Texas
P.O. Box- 12308
Capitol Station                    Re: Tr. Ct. No.69079
Austin, Texas 78711                COA NO.01-13-00969-CR
                                   PD -0193-15

Dear Clerk
        On 4-17-2015, I filed a Pro-Se Petition for Discretionary
review with your office. On 5-13-2015 this Honorable Court refused
my Petition, and no explanation was ever given to me, as to why it
was refused? Was there an opinion given as to why it was refused?
I am seeking respectfully your assistance in obtaining an understanding,
as to what error was committed that brought about this refusal of my
PDR that was received by your office. And what avenues I now have to
obtain redress, now that my PDR has been denied.
Please respond as soon as possible.

_Luciano Padilla V_
Pro-Se

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 0 7 2015

Abel Acosta, Clerk